# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WEBSTER-BEY,<br><br>Plaintiff,<br><br>vs.<br><br>SAN BERNARDINO COUNTY DEPUTY SHERIFF DONOR,<br><br>Defendant. | Case No.: EDCV 10-1681-VBF (MAN)<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>**[Stipulation Filed Concurrently Herewith]** |

**ORDER**

IT HEREBY IS ORDERED that this matter be dismissed with prejudice pursuant to Fed. R.Civ. P. 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated: June 10, 2013

_____
Hon. Valerie Baker Fairbank

-1-

Respectfully Submitted By:

E Eugene P. Ramirez, Esq., SBN 134865
L. Trevor Grimm, State Bar No. 186801
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 South Figueroa Street
15th Floor at 801 Tower
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
epr@manningllp.com and ltg@manningllp.com

Attorneys for Defendants,
SAN BERNARDINO COUNTY DEPUTY
SHERIFF DONER